427 A.2d 256

Commonwealth v. Barnes, Sr., Appellant.

Submitted November 15, 1979. David J. Graban, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.